Opinion filed January 24, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed January 24, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00385-CR

                                                    __________

 

                                       SCOTT L. GIBSON, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                               On
Appeal from the County Court

 

                                                          Taylor
County, Texas

 

                                                   Trial
Court Cause No. 2385-J

 



 

                                                                   O
P I N I O N

Scott
L. Gibson has filed in this court a motion for an out of time appeal.  Gibson
is challenging the 1993 proceedings in the trial court.  He states in his
motion that his petition for writ of habeas corpus was denied in 2003 and that
the Court of Criminal Appeals denied his writ of mandamus.








An
appeal is perfected by the timely filing of a notice of appeal pursuant to Tex. R. App. P. 25.2 and 26.2.  Absent a timely notice of
appeal or a timely motion for extension of time, this court lacks jurisdiction
to entertain an appeal.  Tex. R. App. P.
26.3; Slaton v. State, 981 S.W.2d 208 (Tex. Crim.
App.1998); Olivo v. State, 918 S.W.2d 519 (Tex. Crim. App.1996); Rodarte v. State, 860 S.W.2d
108 (Tex. Crim. App.1993); Shute v. State, 744 S.W.2d 96 (Tex. Crim.
App.1988).  

The
motion is dismissed for want of jurisdiction.

 

PER CURIAM

 

January 24, 2008

 

Do not publish.  See Tex. R. App. P. 47.2(b).

 

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.